IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>BREAC A. STEWART,<br><br>            Defendant. | 8:14CR288<br><br>ORDER |

The records of the court show that on September 23, 2014, the Office of the Clerk of Court sent a letter (Filing No. 21) to:

> Nancy Kardon
> KARDON LAW, INC.
> 21250 Hawthorne Boulevard
> Suite 500
> Torrance, CA 90503

The letter directed the attorney to register in compliance with the local rules, within fifteen days, for admission to practice in this court and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System).  **See** NEGenR 1.3(b) and NEGenR 1.7.  As of the close of business on November 5, 2014, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, **on or before November 24, 2014**, attorney Nancy Kardon shall register or show cause by written affidavit why she cannot comply with the rules of the court.  Failure to comply with this order will result in Ms. Kardon being removed as counsel of record for the defendant.

Dated this 6th day of November, 2014.

                                                    BY THE COURT:

                                                    s/ Thomas D. Thalken
                                                    United States Magistrate Judge