IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:14CR288** |
| vs. | |
| **BREAC A. STEWART,** | **ORDER** |
| Defendant. | |

This matter is before the court on government's Motion for Disclosure of Grand Jury Materials (Filing No. 60). The motion is granted.

**IT IS ORDERED:**

1. The government may disclose a copy of transcripts of the testimony of SA Matthew Kessler given before the Grand Jury concerning the above-listed defendant to Stewart's defense counsel.

2. Such counsel are hereby prohibited from releasing information contained in the Grand Jury testimony aforementioned to anyone except the above-listed defendant.

Dated this 22nd day of May, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge