IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BREAC A. STEWART,<br><br>　　　　　Defendant. | **8:14CR288**<br><br>**ORDER** |

This matter is before the court on its own motion. The following schedule is set for the parties to submit written closing arguments for the forfeiture allegation.

IT IS ORDERED:

1. The government shall submit its written closing on the forfeiture allegation within 14 calendar days of the date of this order.

2. The defendant shall submit his written closing on the forfeiture allegation within 14 thereafter.

3. The government shall file any rebuttal thereto within seven calendar days thereafter.

DATED this 9th day of June, 2015

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge